IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : <br> : <br> : Consolidated Under <br> : MDL DOCKET NO. 875 |
| FRANCES BRUCE TRAVIS, | : |
| Plaintiff, | : Case No. 09-70104 |
| v. | : |
| 3M CO., ET AL., | : Transferred from the <br> : Southern District of New <br> : York |
| Defendants | : |

### ORDER

**AND NOW**, this **29th** day of **November, 2010,** it is hereby **ORDERED** that Plaintiff's Objections to Magistrate Judge Angell's Memorandum Opinion (doc. no. 141), filed on October 12, 2010, are **OVERRULED**.

It is further **ORDERED** that United Gilsonite Laboratories' Motion for Summary Judgment (doc. no. 93), filed on June 10, 2010 is **GRANTED**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**