IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : : | Consolidated Under MDL DOCKET NO. 875 |
| FRANCES BRUCE TRAVIS, | : : | |
| Plaintiff, | : : | Case No. 09-70104 |
| v. | : : : | Transferred from the |
| 3M CO., ET AL., | : : | Southern District of New York |
| Defendants | : | |

**ORDER**

**AND NOW**, this **29th** day of **November, 2010,** it is hereby **ORDERED** that Plaintiff's Objections to Magistrate Judge Angell's Memorandum Opinion (doc. no. 140), filed on October 12, 2010, are **OVERRULED**.

It is further **ORDERED** that Globe Manufacturing Co., LLC's Motion for Summary Judgment (doc. no. 103), filed on June 17, 2010 is **GRANTED.**

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**