IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | : : : | Consolidated Under MDL DOCKET NO. 875 |
| FRANCES BRUCE TRAVIS, | : : : | |
| Plaintiff, | : | Case No. 09-70104 |
| v. | : : | |
| 3M CO., ET AL., | : : : | Transferred from the Southern District of New York |
| Defendants | : | |

**O R D E R**

**AND NOW**, this **18th** day of **January, 2011**, it is hereby **ORDERED** that the Report and Recommendation issued by Magistrate Judge M. Faith Angell (doc. no. 139) issued on September 29, 2010 is **ADOPTED**.[1]

It is further **ORDERED** that Defendant Goodyear Tire & Rubber Company's Motion for Summary Judgment (doc. no. 87) filed on June 10, 2010 is **GRANTED**.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.