IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | CONSOLIDATED UNDER MDL 875 |
| FRANCIS BRUCE TRAVIS | : : | |
| Plaintiff | : : : | |
| | : : | CIVIL ACTION NO. 09-70104 |
| v. | : : | |
| 3M COMPANY, ET AL., | : : : | Transferred from the Southern District of New York |
| Defendants. | : | |

FILED

JAN 28 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

**AND NOW**, this **28th** day of **January 2011** it is hereby **ORDERED** that the Report and Recommendation issued by Magistrate Judge M. Faith Angell (doc. no. 136) issued on September 28, 2010 is **ADOPTED**.[1]

It is further **ORDERED** that Defendant Curtiss-Wright's Motion for Summary Judgment (doc. no. 89) filed on June 17, 2010 is **GRANTED**.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.

1